UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Marc F. Mahoney )<br>*Individually and on Behalf of All Others* )<br>*Similarly Situated* )<br>    )<br>        Plaintiff, )<br>    )<br>v.  )<br>    )<br>Foundation Medicine, Inc )<br>    )<br>        Defendant. ) | Civil Action No.<br>1:17-cv-11394- LTS |

## ORDER OF DISMISSAL& CLOSING ORDER

SOROKIN, J.

In accordance with the September 21, 2018 [45] Order allowing the [26] Motion to Dismiss, this case is hereby CLOSED.

By the Court,

/s/ Maria Simeone
Courtroom Deputy Clerk
The Honorable Leo T. Sorokin

To: All Counsel